# Third District Court of Appeal

## State of Florida

Opinion filed August 9, 2017.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D15-1760 & 3D15-2088
Lower Tribunal No. 10-56320

_____

**Waterview Condominium Association, Inc.,**
Appellant/Cross-Appellee,

vs.

**Citizens Property Insurance Corporation,**
Appellee/Cross-Appellant.


Appeals from the Circuit Court for Miami-Dade County, Antonio Arzola, Judge.

Law Offices of Paul Morris, P.A. and Paul Morris; Alayon & Associates, P.A. and Richard A. Alayon; Diaz, Reus & Targ and Juan Ramirez, Jr., for appellant/cross-appellee.

Methe & Rockenbach, P.A. and Kara Berard Rockenbach (West Palm Beach), for appellee/cross-appellant.


Before SUAREZ, EMAS, and LOGUE, JJ.

PER CURIAM.

Appellant's Waterview Condominium Association, Inc. appeals final

judgment in favor of Citizens Property Insurance Corporation after jury trial on

Appellant's property damage claim related to Hurricane Wilma claim. We affirm that final judgment without discussion.

Citizens cross-appeals the trial court's denial of its claim for attorney's fees. We affirm the trial court's denial of Citizen's claim for attorney's fees finding the general release attached to the proposal for settlement ambiguous. We further deny both parties motions for appellate attorney's fees.

Affirmed.